UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

RONALD SPEAR,

        Plaintiff,

- against -

WARDEN MARK HUGLES, et al.,

        Defendants.

------------------------------------------------------X

**ORDER**

08 Civ. 4026 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        A conference in the above-captioned case was held on October 7, 2009. In attendance were Katherine Smith and Jenny Weng from the New York City Law Department but pro se plaintiff Ronald Spear failed to appear. The conference was therefore re-scheduled for October 30, 2009, at 4:30 p.m., in Courtroom 15C. Plaintiff is directed to appear at this conference, with or without an attorney. Failure to appear may result in dismissal of plaintiff's case for failure to prosecute.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           October 8, 2009

- Appearances -

**Plaintiff (Pro Se):**

Ronald Spear
100 Benchly Place
Apt. #23E
Bronx, NY 10475


**For Defendants:**

Katherine E. Smith
Jenny Weng
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 513-0462